## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business PTE. Ltd.
                              Plaintiff,

v.                                             Case No.: 1:22–cv–07119
                                                         Honorable Franklin U. Valderrama

Whaleco, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 10, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff filed Plaintiff Roadget Business Pte. Ltd.'s Opposed Motion for Temporary Restraining Order [71]; Memorandum in Support of Plaintiff Roadget Business Pte. Ltd.'s Motion for a Temporary Restraining Order [72]; and a corrected Memorandum in Support of Plaintiff Roadget Business Pte. Ltd.'s Motion for a Temporary Restraining Order [76] on 7/7/2023. Defendants Whaleco, Inc. and PDD Holdings Inc. may file a response to the motion by 5 p.m. on 7/12/2023. Plaintiff may file a reply by 12 p.m. on 7/14/2023. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.