IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROADGET BUSINESS PTE. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**PDD HOLDINGS INC. and WHALECO, INC.,**<br><br>Defendants. | **CIVIL ACTION NO. 1:22-cv-07119**<br><br>**Judge: Hon. Franklin U. Valderrama**<br><br>**Magistrate Judge: Hon. Jeffrey Cummings** |

**JOINT NOTICE OF UNAVAILABILITY AND PROPOSAL OF ALTERNATE DATES FOR HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

On July 13, 2023, this Court ordered an in-person hearing for July 19, 2023 on Plaintiff's Motion for a Temporary Restraining Order [Dkt. No. 71]. (*See* Dkt. No. 82.)

Counsel for Plaintiff and counsel for Defendant Whaleco Inc. are filing this Joint Notice of Unavailability because lead counsel for both sides will not be available for the hearing on Plaintiff's Motion for TRO set by the Court. Defendant will be taking the deposition of Plaintiff's corporate witness in Hong Kong on July 20, 2023 and counsel will be travelling to Hong Kong in the days preceding the deposition.

In view of this unavailability, Plaintiff and Defendant jointly state that lead counsel for both sides will be available for a hearing on Plaintiff's Motion for TRO the following week, on Wednesday, July 26 or Thursday, July 27.

Accordingly, the parties respectfully request that the Court reset the date for the hearing on Plaintiff's Motion for TRO on either Wednesday, July 26 or Thursday, July 27.

Dated: July 14, 2023

By: */s/ Victor H. Jih*

Steven P. Mandell
MANDELL MENKES LLC
333 W. Wacker Dr., Suite 450
Chicago, Illinois 60606
Telephone: (312) 251-1000
Email: smandell@mandellmenkes.com

Victor H. Jih (*pro hac vice*)
Russell L. Kostelak (*pro hac vice*)
Ryan Benyamin (*pro hac vice*)
Kelly H. Yin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (323) 210-2999
Email: vjih@wsgr.com
Email: rkostelak@wsgr.com
Email: rbenyamin@wsgr.com
Email: kyin@wsgr.com

Qifan Huang (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Email: qhuang@wsgr.com

*Counsel for Defendant WhaleCo, Inc.*

By: */s/ Nina D. Boyajian*

Nina D. Boyajian (*pro hac vice*)
boyajiann@gtlaw.com
David H. Marenberg (*pro hac vice*)
marenbergd@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel.: 310-586-7700
Fax: 310-586-7800

Barry R. Horwitz
Marc H. Trachtenberg
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435 (fax)
horwitzb@gtlaw.com
trachtenbergm@gtlaw.com

Michael A. Nicodema (*pro hac vice*)
GREENBERG TRAURIG, LLP
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
(561) 650-7900
nicodemam@gtlaw.com

*Counsel for Plaintiff Roadget Business Pte. Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: July 14, 2023                               By: */s/ Barry R. Horwitz*