# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>    *Plaintiff*,<br><br>v.<br><br>PDD HOLDINGS INC., a Cayman Islands corporation, and WHALECO, INC., a Delaware corporation, and DOES 1-60,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-07119<br><br>Judge: Hon. Franklin U. Valderrama<br><br>Magistrate Judge: Hon. Jeffrey Cummings<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF ROADGET BUSINESS PTE. LTD.'S OPPOSED MOTION TO COMPEL DEFENDANT PDD HOLDINGS INC. TO PRODUCE DISCOVERY

Plaintiff Roadget Business Pte. Ltd. ("Plaintiff") hereby moves to compel PDD Holdings Inc. to produce discovery.

WHEREFORE, as more fully discussed in the accompanying Memorandum of Law in support of this Motion, Plaintiff respectfully request that this Court: (a) compel PDD Holdings Inc. to (i) withdraw its discovery objections based on lack of personal jurisdiction; (ii) provide fulsome discovery responses to Plaintiff's discovery requests and produce responsive documents in response to Roadget's June 22, 2023 Requests for Admission, May 2, 2023 First Set of Requests for Production, and May 2, 2023 First Set of Interrogatories, subject to the exceptions set forth in footnote 6 in Roadget's Memorandum of Law; and (iii) designate and produce on a date certain witnesses in response to Plaintiff's June 29, 2023 Rule 30(b)(6) Notice of Deposition; and (b) grant all other just relief.

Date: October 16, 2023

By: */s/ Andrew Schapiro*

Andrew Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
(312) 705-7400
(312) 705-7401 (fax)
andrewschapiro@quinnemanuel.com

Michael Williams *(pro hac vice)*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
(213) 443-3100 (fax)
michaelwilliams@quinnemanuel.com

*Counsel for Plaintiff Roadget Business Pte. Ltd.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 16, 2023 I filed the foregoing MOTION TO COMPEL DEFENDANT PDD HOLDINGS INC. TO PRODUCE DISCOVERY which will automatically give notice to the parties' counsel of record.

                                            /s/ *Andrew Schapiro*
                                            Andrew Schapiro