UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>　　*Plaintiff*,<br><br>v.<br><br>PDD HOLDINGS INC., a Cayman Islands corporation, and WHALECO, INC., a Delaware corporation, and DOES 1-60,<br><br>　　*Defendants*. | Civil Action No. 1:22-cv-07119<br><br>Judge: Hon. Franklin U. Valderrama<br><br>Magistrate Judge: Hon. Jeffrey Cummings<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Roadget Business Pte. Ltd. and Defendants PDD Holdings Inc. and Whaleco, Inc. hereby stipulate to the dismissal, without prejudice, of this action. Each party shall bear its own attorneys' fees and costs.

Dated: October 26, 2023

By: /s/ Andrew Schapiro

Andrew Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
(312) 705-7400
(312) 705-7401 (fax)
andrewschapiro@quinnemanuel.com

Michael Williams *(pro hac vice)*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
(213) 443-3100 (fax)
michaelwilliams@quinnemanuel.com

*Counsels for Plaintiff Roadget Business Pte. Ltd.*

By: /s/ Matthew Devine

Matthew R. Devine (Illinois Bar No. 6282744)
Michael Andolina (Illinois Bar No. 6269334)
Thomas M. Cull (Illinois Bar No. 6331606)
White & Case LLP
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606
(773) 330-9427
Matthew.Devine@whitecase.com
Mandolina@whitecase.com
Thomas.Cull@whitecase.com

Anna Naydonov (admitted pro hac vice)
Rosie Norwood-Kelly (admitted pro hac vice)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202)-626-3600
Anna.Naydonov@whitecase.com
Rosie.Norwood-Kelly@whitecase.com

Steven P. Mandell (#6183729)
Brian D. Saucier (#6226006)
MANDELL MENKES LLC
333 W. Wacker Dr., Suite 450
Chicago, Illinois 60606
Telephone: (312) 251-1000
Email: smandell@mandellmenkes.com
Email: bsaucier@mandellmenkes.com

1

2

        Victor H. Jih (admitted pro hac vice)
        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation
        1900 Avenue of the Stars, 28th Floor
        Los Angeles, California 90067
        Telephone: (323) 210-2999
        Email: vjih@wsgr.com

*Counsel for Defendants Whaleco, Inc. and PDD Holdings Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I filed the foregoing STIPULATION OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(ii) which will automatically give notice to the parties' counsel of record.

/s/ *Andrew Schapiro*
Andrew Schapiro