# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| *Plaintiff*, | Civil Action No. 1:22-cv-07119 |
| v. | Judge: Hon. Franklin U. Valderrama |
| WHALECO, INC., | Magistrate Judge: Hon. Jeannice W. Appenteng |
| *Defendant*. | |

## AMENDED ORDER

Plaintiff Roadget Business Pte. Ltd.'s Motion to Release Temporary Restraining Order Bond to Plaintiff [205] is granted. The one hundred thousand dollar ($100,000.00) cash bond posted by Quinn Emanuel Urquhart & Sullivan, LLP, including any interest minus the registry fee, is hereby released to Michael Williams of Quinn Emanuel Urquhart & Sullivan, LLP. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Michael Williams of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017 via regular mail.

DATE: 1/8/2024

_____
The Hon. Franklin U. Valderrama
United States District Judge